RACINE AUTO TIRE COMPANY and another, Appellants, vs.
HANSEN and another, Respondents.

*November 19—December 14, 1920.*

*Appeal and error: Affirmance by divided court.*

Where the justices of the supreme court are equally divided in
opinion on the question involved on an appeal, the judgment
appealed from will be affirmed.

APPEAL from a judgment of the circuit court for Dane
county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

This action was brought by the plaintiffs to set aside
an award of the *Industrial Commission* upon the grounds
that the *Commission* acted without and in excess of its
powers; that the findings of the *Commission* are not sup-
ported by the evidence; and that the *Commission* specifically
acted without and in excess of its authority in awarding the
applicant, *Hansen,* treble the amount otherwise recoverable
for the injury he sustained, upon the ground that *Hansen,*
a minor under seventeen years of age, had been employed by
the plaintiff *Tire Company* without a written permit as
required by sec. 1728a, Stats. The circuit court affirmed
the award and judgment was entered accordingly, from
which judgment the plaintiffs appeal.

For the appellants there was a brief by *Olin, Butler, Steb-
bins & Stroud* of Madison, and oral argument by *Byron H.
Stebbins.*

For the respondent *Hansen* there was a brief by *Guy A.
Benson* of Racine.

For the respondent *Railroad Commission* there was a
brief by the *Attorney General* and *Winfield W. Gilman,* as-
sistant attorney general, and oral argument by *Mr. Gilman.*

SIEBECKER, C. J. Mr. Justice KERWIN did not partici-
pate in the consideration and decision of this case. The
court is equally divided in opinion upon the question in-

volved on this appeal. Mr. Justice ESCHWEILER, Mr. Justice ROSENBERRY, and Mr. Justice JONES are of the opinion that the judgment appealed from should be reversed, and Mr. Justice VINJE, Mr. Justice OWEN, and the writer are of the opinion that the judgment should be affirmed. Under the established rule it follows that the judgment appealed from is affirmed. *Swenson v. Flint,* 123 Wis. 613, 101 N. W. 1135; *Hagenah v. Milwaukee E. R. & L. Co.* 136 Wis. 300, 116 N. W. 843; *Estate of Carter,* 167 Wis. 89, 166 N. W. 657.

*By the Court.*—The judgment appealed from is affirmed.